IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
NORTHERN DIVISION

W. MASON BLACKBURN, #102855,      )
                                  )
        Plaintiff,                )
v.                                )   CASE NO.  2:09-cv-463-TMH
                                  )           WO
ROBERT L. BOWERS, JR.,            )
                                  )
        Defendant.                )

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE

of the court that:

1. The plaintiff's objection (Doc. # 8) to the Recommendation of the Magistrate Judge

filed on June 16, 2009 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #7) filed on June 4, 2009 is

adopted;

3. That this case is DISMISSED with prejudice prior to service of process pursuant

to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this 18th day of September, 2009.


                        /s/ Truman M. Hobbs
                        _____
                        TRUMAN M. HOBBS
                        SENIOR UNITED STATES DISTRICT JUDGE